AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

DANIEL MELEANCE      **JUDGMENT IN A CIVIL CASE**
                                        CASE NUMBER: 09-CV-152S(Sc)

      v.

I.C.E.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Respondent's Motion to Dismiss the Petition on Grounds of Mootness is Granted.

Date: April 29, 2010                      MICHAEL J. ROEMER, CLERK

                                                          By: s/Suzanne Grunzweig
                                                                           Deputy Clerk